UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY FAWCETT,

    Plaintiff,

v.

WADE WAKEFIELD,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cv-1128

### ORDER REGARDING FINAL PRETRIAL CONFERENCE

The final pretrial conference is scheduled on **February 22, 2010 at 9:00 a.m.** The conference shall take place by telephone. Counsel from the Attorney General's office shall be responsible for coordinating the call between the parties and the court. When all parties participating in the conference are on the telephone line, the call should be place to the judge's chambers at telephone number **(616) 456-2253**. Trial counsel for the defendant shall have a representative of the party with full authority to negotiate a settlement available by telephone. At the conference, the parties and the Court will formulate a plan for trial, including a program for facilitating the admission of evidence, consider the prospects of settlement, and consider such other matters as may aid in the trial or other disposition of the action.

    **IT IS SO ORDERED**.

Date: January 28, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge