UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


A<span>NTHONY</span> F<span>AWCETT</span>,

      Plaintiff,                         HONORABLE PAUL L. MALONEY

v.                                     Case No. 1:07-cv-1128

W<span>ADE</span> W<span>AKEFIELD</span>,

      Defendant.

_____/


**<u>ORDER AMENDING CASE CAPTION</u>**


This matter is before the Court on Plaintiff's Complaint filed November 9, 2007 (Dkt. #1). For the reasons articulated herein, the Court orders the unknown defendant's name amended.

The defendant is identified in the Complaint as R/U/O Wakefield. Counsel for defendant filed an appearance on February 12, 2008, (Dkt. #5), stating the first and last name of the defendant. In the interest of clarification, it is ordered that the case caption be amended to reflect the defendant's name as Wade Wakefield.

IT IS SO ORDERED.


Date: March 12, 2010                                          /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District Judge