UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY FAWCETT,

    Plaintiff,

v.

WADE WAKEFIELD,

    Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cv-1128

## **JUDGMENT**

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that a judgment of "no cause" be rendered in favor of Defendant Wade Wakefield and against Plaintiff Anthony Fawcett pursuant to the Verdict Form completed by the Jury Foreperson.

Date: March 25, 2010

        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge